# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1452

_____

DOUGLAS RATCLIFFE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

June 25, 2018

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(d)(6)(C).

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Douglas Ratcliffe, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.